| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Childs, Julianna M. | 2. Court or Organization<br><br>U.S. District Court, SC | 3. Date of Report<br><br>08/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>Mathew J. Perry, Jr. U.S. Courthouse<br>901 Richland Street, 3rd Floor<br>Columbia, SC 29201 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  President | ▆▆▆▆▆▆▆, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 08/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▨ - salary |
| 2. | 2017 | ▨ - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Litigation | 1/12/2017-1/15/2017 | Hamilton, Bermuda | Division Director | Travel, lodging and meals |
| 2. | ABA | 2/2/2017-2/5/2017 | Miami, FL | National Conference of Federal Trial Judges Chair Elect | Travel, lodging and meals |
| 3. | ABA Judicial Division | 3/30/2017-4/1/2017 | Nashville, TN | National Conference of Federal Trial Judges Chair Elect | Travel, lodging and meals |
| 4. | ABA Section of Litigation | 4/14/2017-4/16/2017 | Naples, FL | Division Director | Travel, lodging and meals |
| 5. | ALI | 5/22/2017-5/25/2017 | Washington, DC | Attendee/Recipient | Travel, lodging and meals |
| 6. | ALI | 6/26/2017-6/30/2017 | Santa Fe, NM | Speaker | Travel, lodging and meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Childs, Julianna M. | 08/08/2018 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 7. | ABA | 8/10/2017-8/12/2017 | New York, NY | Chair of NCFT | Travel, lodging and meals |
| 8. | ABA Section of Litigation | 10/5/2017-10/8/2017 | Montreal, Canada | Council Member | Travel, lodging and meals |
| 9. | SC Defense Trial Attorneys | 11/9/2017-11/12/2017 | Sea Island, GA | Attendee | Travel, lodging and meals |
| 10. | Georgetown Law | 11/16/2017-11/18/2017 | Washington, DC | Speaker | Travel, lodging and meals |
| 11. | Sand Piper Partners | 12/6/2017-12/7/2017 | New York, NY | Speaker | Travel, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Childs, Julianna M.** | 08/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AA Advantage-American Airlines | Credit Card | J |
| 2. | South Crest Bank | Mortgage on Rental Property #2 | M |
| 3. | First Citizens Bank | Mortgage on Rental Property #3 | L |
| 4. | United Mileage Plus Awards | Credit Card | J |
| 5. | Bank of America | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (cash) | A | Interest | L | T | | | | | |
| 2. South Carolina Community Bank (cash) | A | Interest | J | T | | | | | |
| 3. Carolinas Telco Federal Credit Union (cash) Account | A | Int./Div. | J | T | | | | | |
| 4. Mass Mutual-Whole Life | A | Interest | K | T | | | | | |
| 5. ⬜⬜⬜⬜ Partnership Building (2004, $3,016, 000) | | None | P1 | U | | | | | |
| 6. Rental Property #1, Columbia, SC | D | Rent | M | W | | | | | |
| 7. Rental Property #2, Fayetteville, GA | E | Rent | M | W | | | | | |
| 8. Rental Property #3, Columbia, SC | E | Rent | M | W | | | | | |
| 9. Raintree Vacations Time Share | D | Rent | J | W | | | | | |
| 10. 529 PLAN #1 (H) | | | | | | | | | |
| 11. Columbia 529 Growth AG AGG TRK (CGAGX) | | None | L | T | | | | | 27 |
| 12. BROKERAGE #1 (H) | | | | | | | | | |
| 13. Morgan Stanley Bank NA (X) (cash) | A | Interest | K | T | | | | | |
| 14. American Fundamental Inv F2 (FINFX) | B | Dividend | K | T | Buy | 04/06/17 | J | | |
| 15. AQR Managed Futures Strategy I (AQMIX) | | None | K | T | Sold (part) | 04/06/17 | J | | 28 |
| 16. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 17. Blackstone ALT Multi-Strat Inst (BXMIX) | A | Dividend | K | T | | | | | 41 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brandes Intl Sm Cap Eq I (BISMX) | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 19. Deutsche GLB Infrastructure S (TOLSX) | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 20. Franklin Covertible SEC ADV (FCSZX) | B | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | 46 |
| 21. Invesco Diversified Dividend (LCEYX) | B | Dividend | K | T | Buy (add'l) | 02/16/17 | J | | 47 |
| 22. | | | | | Sold (part) | 04/06/17 | J | B | |
| 23. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 24. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 25. Invesco Premier Inst (IPPXX) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 26. Invesco Stic Prime Inst (SRIXX) (X) | | None | | | Sold | 02/16/17 | K | | |
| 27. JPMorgan US Large Cap Core Pls I (JLPSX) | B | Dividend | J | T | Buy | 04/06/17 | J | | |
| 28. Metropoliotan West Tot Bd I (MWTIX) | A | Dividend | K | T | Sold (part) | 02/16/17 | J | | 50 |
| 29. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 30. MSIF Global Franchise Inst (MSFAX) | B | Dividend | K | T | Sold (part) | 02/16/17 | J | A | 56-57 |
| 31. | | | | | Sold (part) | 04/06/17 | J | A | |
| 32. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 33. Pimco EQS Long/Short Term P (PMHBX) | A | Dividend | J | T | Sold (part) | 04/06/17 | J | A | 62-63 |
| 34. Pimco Income P (PONPX) | C | Dividend | K | T | Sold (part) | 02/16/17 | J | A | 64 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 36. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 37. Principal Midcap Instl (PCBIX) (formerly PMCPX) | B | Dividend | K | T | Buy (add'l) | 04/11/17 | J | | 70 |
| 38. Prudential Jennison SM Comp Z (PSCZX) | B | Dividend | K | T | Buy (add'l) | 02/16/17 | J | | 71 |
| 39. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 40. T Rowe Price Growth Stock ADV (PRGFX) | D | Dividend | K | T | Buy (add'l) | 02/16/17 | J | | 68 |
| 41. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 42. Tweedy Brown Global Val Fd (TBGVX) | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 43. Virtus NWFLT MLTSEC SHTM BD I (PIMSX) | A | Dividend | K | T | Sold (part) | 02/16/17 | J | A | 32 |
| 44. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 45. Virtus Vontobel EMRG MKT OPP I (HIEMX) | A | Dividend | K | T | Buy (add'l) | 02/16/17 | J | | 31 |
| 46. BROKERAGE #2 (H) | | | | | | | | | |
| 47. Morgan Stanley Unit Invstmt Trust | A | Interest | J | T | Buy | 12/15/17 | J | | |
| 48. American Funds Europacific Growth Fund (AEPCX) | A | Dividend | J | T | Buy (add'l) | 12/15/17 | J | | 33 |
| 49. IRA #1 (H) | | | | | | | | | |
| 50. AQR Managed Futures Strategy I (AQMIX) | | None | J | T | | | | | 74 |
| 51. Blackstone Alt Mult-Strat Inst (BXMIX) | A | Dividend | J | T | | | | | 41 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Brandes Intl Small Cap Eq I (BISMX) (X) | A | Dividend | J | T | | | | | |
| 53. Franklin Convertible Sec ADV (FCSZX) | A | Dividend | J | T | | | | | 46 |
| 54. Invesco Diversified Div Y (LCEYX) | A | Dividend | J | T | Buy (add'l) | 01/27/17 | J | | 47 |
| 55. Pimco EQS Long/Short Term P (PMHBX) | A | Dividend | J | T | | | | | 62-63 |
| 56. Pimco Income P (PONPX) | A | Dividend | J | T | | | | | 64 |
| 57. Pincipal Midcap Instl (PCBIX) (formerly PMCPX) | A | Dividend | J | T | | | | | 70 |
| 58. Prudential Jennison Sm Comp Z (PSCZX) | A | Dividend | J | T | | | | | 71 |
| 59. T Rowe Price Growth Stock (PRGFX) | A | Dividend | J | T | | | | | 68 |
| 60. Tweedy Brown Global Val Fd (TBGVX) (X) | A | Dividend | J | T | | | | | |
| 61. Virtus Vontobel Emerg Mkt Opp I (HIEMX) | A | Dividend | J | T | | | | | 31 |
| 62. IRA #2 (H) | | | | | | | | | |
| 63. Morgan Stanley Bank NA (cash) (X) (Y) | | | | | | | | | |
| 64. AMERICAN FUNDAMENTAL INV F2 (FINFX) | C | Dividend | K | T | Buy | 03/17/17 | K | | |
| 65. AMERICAN GW FD OF AMERICA F2 (GFFFX) | A | Dividend | K | T | Buy | 03/17/17 | K | | |
| 66. AQR MNGD FUTURES STRAT I (AQMIX) | A | Dividend | J | T | Sold (part) | 05/25/17 | J | | 28 |
| 67. | | | | | Sold (part) | 09/21/17 | J | | |
| 68. BLACKSTONE ALT MULT-STRAT INST (BXMIX) | A | Dividend | K | T | | | | | 41 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DEUTSCHE GLB INFRASTRUCTURE S (TOLSX) | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 70. FRANKLIN CONVERTIBLE SEC ADV (FCSZX) | A | Dividend | K | T | | | | | 46 |
| 71. HARTFORD INTL VALUE I (HILIX) | C | Dividend | K | T | Buy | 03/17/17 | K | | |
| 72. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 73. INVESCO DIVERSIFIED DIVIDEND Y (LCEYX) | A | Dividend | K | T | Sold (part) | 03/17/17 | K | C | 47 |
| 74. INVESCO PREMIER INST (IPPXX) | A | Dividend | J | T | | | | | 60 |
| 75. JOHN HANCOCK INTL GROWTH I (GOGIX) | | None | K | T | Buy | 09/21/17 | K | | |
| 76. JPMORGAN US LG CP CORE PLS I (JLPSX) | B | Dividend | J | T | Buy | 05/25/17 | J | | |
| 77. LAZARD EMERG MKTS CORE EQ I (ECEIX) | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 78. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 03/17/17 | J | | 50 |
| 79. | | | | | Sold (part) | 05/25/17 | J | | |
| 80. | | | | | Sold (part) | 09/21/17 | J | A | |
| 81. PIMCO EQS LONG/SHORT P (PMHBX) | A | Dividend | J | T | Sold (part) | 05/25/17 | J | A | 62-63 |
| 82. PIMCO INCOME P (PONPX) | C | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | 64 |
| 83. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 84. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 85. | | | | | Buy (add'l) | 12/18/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 87. PRINCIPAL MIDCAP INSTL (PCBIX) | B | Dividend | K | T | Buy (add'l) | 03/17/17 | K | | 70 |
| 88. PRUDENTIAL JENNISON SM COMP Z (PSCZX) | A | Dividend | J | T | Sold (part) | 09/21/17 | J | B | 71 |
| 89. T ROWE PRICE GROWTH STOCK (PRGFX) | C | Dividend | K | T | Sold (part) | 03/17/17 | K | B | 68 |
| 90. TWEEDY BROWN GLOBAL VALUE FD (TBGVX) (X) | A | Dividend | K | T | Sold (part) | 03/17/17 | K | B | |
| 91. | | | | | Sold (part) | 09/21/17 | K | B | |
| 92. VIRTUS NWFLT MLTSEC SHTM BD I (PIMSX) | A | Dividend | K | T | Sold (part) | 05/25/17 | J | A | 32 |
| 93. VIRTUS VONTOBEL EMRG MKT OPP I (HIEMX) | A | Dividend | K | T | Buy (add'l) | 09/21/17 | J | | 31 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 9: The right to use or rent is not restricted to a specific location.

Part VII has been reformatted so that assets are reported by account. For ease of review, and to account for name changes and corporate exchanges, references to the corresponding line numbers in Part VII of the 2016 report have been included in Column D(5).

The assets reported at lines 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 30, 34, 35, 36, 37, 38, 39, 40, 43, 44, 45, 51, 52, 53, 54, 55, 58, 59, 61, 65, 66, 67, 69, 72, 73, 75, and 76 of the 2016 report are not reportable in 2017, and there are not corresponding reportable transactions. (Y)

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544